# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–13246 – WIL**   Chapter: **7**

**Charmaine Miesha Brown**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 14 – Schedules A–J on behalf of Charmaine Miesha Brown , Summary of Assets and Liabilities Schedules for Individual on behalf of Charmaine Miesha Brown Filed by Charmaine Miesha Brown . (Johnson, Jean)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/10/19.**

CURE: The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008)

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/27/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jean Johnson
410–962–4221

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)