Fill in this information to identify your case:

Debtor 1: Charmaine M Brown

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 19-13246

FILED
2019 APR 10 PM 12:30
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Charmaine M Brown_           X _____
Signature of Debtor 1                Signature of Debtor 2

Date 4/10/19                          Date _____
     MM/ DD / YYYY                         MM/ DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules